JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chang Eui Bong,<br><br>       Plaintiff,<br><br>  v.<br><br>Bristol Bros. et al.,<br><br>       Defendant(s). | 8:19-cv-00193 JVS (ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: April 17, 2019

                                            James V. Selna<br>
                                  United States District Judge